DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SCHOOL BOARD OF MANATEE COUNTY,

Appellant,

v.

DANIEL DOMBROSKI,

Appellee.

No. 2D22-3685

_____

November 22, 2023

Appeal from the Circuit Court for Manatee County; Edward Nicholas, Judge.

James C. Valenti and Samuel J. Hensel, of James C. Valenti, P.A., Lakeland, for Appellant.

James M. Horne, Jr., of James Horne Law, PA, Lakewood Ranch, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and ROTHSTEIN-YOUAKIM and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.